**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| BENJAMIN KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-0070-WTL-DKL |
| ) | |
| DEPAUW UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The Plaintiff, Benjamin King, by counsel, William W. Drummy and Holly A. Reedy, and pursuant to Fed. R. Civ. P. 56, respectfully moves the Court to grant partial summary judgment against the Defendant, DePauw University, on King's claim for defamation.

As shown by the pleadings, by the evidence tendered in support of this motion, and by the undisputed facts and arguments contained in King's Brief in Support of Motion for Summary Judgment, there is no genuine issue as to any material fact, and King is entitled to judgment as a matter of law.

WHEREFORE, the Plaintiff, Benjamin King, respectfully moves the Court to enter partial summary judgment in his favor and against the Defendant, DePauw University, on his claim for defamation.

Respectfully Submitted,

/s/ William W. Drummy
William W. Drummy, #4607-84

/s/ Holly A. Reedy
Holly A. Reedy, #27558-84

                                      WILKINSON, GOELLER, MODESITT,  
                                          WILKINSON & DRUMMY, LLP  
                                    333 Ohio Street  
                                    Terre Haute, IN 47807  
                                    Telephone: (812) 232-4311  
                                    Fax: (812) 235-5107  
                                    Attorneys for Benjamin King

**CERTIFICATE OF SERVICE**

      I certify that on November 3, 2014, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Brian W. Welch
Margaret M. Christensen
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

                                              */s/ Holly A. Reedy*
                                              Holly A. Reedy