```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  TERRE HAUTE DIVISION

 3

 4
     BENJAMIN KING,                    )
 5                                     )
              Plaintiff,               )
 6                                     )
            -v-                        ) CASE NO.
 7                                     ) 2:14-cv-0070-WTL-DKL
     DEPAUW UNIVERSITY,                )
 8                                     )
              Defendant.               )
 9

10

11

12        The deposition upon oral examination of

13   BENJAMIN KING, a witness produced and sworn before me,

14   Debbi S. Austin, RMR, CRR, CSR, Notary Public in and

15   for the County of Hendricks, State of Indiana, taken

16   on behalf of the Defendant at the offices of Wilkinson

17   Goeller Modesitt Wilkinson & Drummy, 333 Ohio Street,

18   Terre Haute, Indiana, on October 22, 2014, at

19   9:50 a.m., pursuant to the Federal Rules of Civil

20   Procedure.

21

22
                STEWART RICHARDSON & ASSOCIATES
23            Registered Professional Reporters
                     One Indiana Square
24                      Suite 2425
                   Indianapolis, IN  46204
25                    (317)237-3773
```

```
 1                        APPEARANCES

 2  FOR THE PLAINTIFF:

 3       William W. Drummy, Esq.
         Holly A. Reedy, Esq.
 4       WILKINSON GOELLER MODESITT
         WILKINSON & DRUMMY
 5       333 Ohio Street
         Terre Haute, IN  47808
 6

 7  FOR THE DEFENDANT:

 8       Brian W. Welch, Esq.
         Margaret M. Christensen, Esq.
 9       BINGHAM GREENEBAUM DOLL LLP
         2700 Market Tower
10       10 West Market Street
         Indianapolis, IN  46204
11

12  ALSO PRESENT:   Tony Holton

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        problem?  And how do you become aware that there's
 2        a problem?
 3   A    I'm found aware by my friends.  Sharon Crary, the
 4        teacher, came over to Delt.  We have a party where
 5        we invite teachers over.  And she made a comment
 6        when someone gave her a drink, are you sure this
 7        hasn't been drugged or something of that sort to
 8        one of my friends.  That's how I was -- and then a
 9        couple days later, they -- my friends confronted me
10        about it and said that we believe that ▇▇▇▇
11        thinks that you sexually assaulted her, because we
12        talked to Sharon Crary about it or Sharon Crary's
13        comments.
14   Q    All right.  I'm not sure -- I'm not sure there's
15        linkage there for me yet.  The comment about -- the
16        comment about drug in a drink --
17   A    Yes.
18   Q    -- and ▇▇▇▇▇▇▇ I don't understand how those
19        two things link up.
20   A    Because she originally claimed that she was
21        drugged, that she thought she was -- got some sort
22        of date rape drug in her drinks, so --
23   Q    And how do you know that she claimed that?  Where
24        does that information come from?
25   A    Evidence and my -- I think she asked ▇▇▇▇
```

```
 1      about that, if like I had used any drugs in the
 2      shot I gave her.  And I didn't.  So I think just --
 3      I think that's what -- I'm pretty sure that ▓▓▓
 4      ▓▓▓▓▓ found out from her that she originally
 5      thought that that's what happened to her.
 6   Q  Because she asked him the question about you?
 7   A  Yes.
 8   Q  And do you -- so how does -- how do we get from the
 9      comment about drugs from Sharon Crary to ▓▓▓▓
10      ▓▓▓▓ even being part of the discussion?  I
11      don't -- I'm not sure I understand that.
12   A  I think -- I honestly don't exactly know, but I
13      think my friends started looking into like what she
14      said and --
15   Q  Looking into what Sharon Crary said?
16   A  What Sharon Crary said and --
17   Q  And if I can interrupt you again.
18   A  Yes.
19   Q  I really don't want to interrupt, but so we don't
20      lose the thread.  What is it that you're told by
21      your friends that Sharon Crary has said?
22   A  That someone in this house -- there's a rapist in
23      this house, and we need to get him out of here,
24      that -- because someone in this house has been
25      doing that pretty much, and so I've got to make
```